IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

UNITED STATES OF AMERICA                                                PLAINTIFF

v.                              No. 2:23-cr-7-DPM-3

TYLAND MITCHELL                                                        DEFENDANTS

ORDER

The Court appreciates the parties' joint report but disagrees with their conclusion. They believe Mitchell admitted facts showing he had the requisite intent to aid and abet the robbery of the undercover agent. The Court remembers the record differently.

Here is what Mitchell admitted, as best the Court recalls. Mitchell said he didn't know about the gun sale. He didn't know about his friends' plan to take the money and not hand over the gun. Mitchell had a pistol in his hand. The only reason he had it was because he was in a rough neighborhood. Mitchell did not know a robbery had occurred. At the end of the encounter, he came out of the house, gestured with his hand that was holding the pistol, and shooed the buyer (the undercover agent) away. He did so to avoid a confrontation between his friends and the buyer. He didn't share in the buy money.

That combination of facts isn't sufficient for a jury to infer that he knowingly aided and abetted an 18 U.S.C. § 2114 offense. Mitchell's "intent must go to the specific and entire crime charged" — aiding and abetting a robbery. *United States v. Rosemond*, 572 U.S. 65, 76 (2014). The

admitted facts establish that he facilitated this crime; but also that Mitchell acted without the required intent to do so. A person cannot be guilty of aiding and abetting a robbery he didn't know was planned and didn't know was happening. That he didn't share in the crime's fruit strengthens the inference that Mitchell was clueless in all this. The Court therefore declines (without prejudice) to accept the plea.

Do we need to schedule another hearing? Or are we going to trial in February? Joint report due by 17 January 2025.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 January 2025